## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>     DEMOND HICKS     </u><br>             Plaintiff(s) | CIVIL ACTION<br>NO. <u> 1:17-10195-WGY </u> |
| v. | |
| <u>  PUBLIC SAFETY SECRETARY et al </u><br>             Defendant(s) | |

## JUDGMENT IN A CIVIL CASE

<u>  YOUNG, DJ  </u>

<u>         </u>    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>   X   </u>    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED:**

Judgment shall enter for the defendants Officer McGlynn and Officer Povado.

ROBERT M. FARRELL
CLERK OF COURT

Dated: <u> October 12, 2018      </u>         By  <u>  /s/ Jennifer Gaudet         </u>
                                                              Deputy Clerk